UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
     :
LAMBDA LEGAL DEFENSE AND    :
EDUCATION FUND, INC.,    :
     :
    Plaintiff,    :
     :   Civil Case No. 19-cv-4707
   v.    :
     :
UNITED STATES DEPARTMENT OF    :
HEALTH AND HUMAN SERVICES,    :
     :
    Defendant.    :
---------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL

To:    The Clerk of the Court and all parties of record.

I am admitted to practice in the United States District Court for the Southern District of New York, and hereby appear in this case as counsel for plaintiff Lambda Legal Defense and Education Fund, Inc.

Dated:    May 23, 2019
          New York, New York

                                  Respectfully submitted,

                 By:    */s/ Omar Gonzalez-Pagan*
                        Omar Gonzalez-Pagan
                        SDNY Bar No. OG2885
                        LAMBDA LEGAL DEFENSE AND
                            EDUCATION FUND, INC.
                        120 Wall Street, 19th Floor
                        New York, New York 10005
                        Telephone: (212) 809-8585
                        Email: ogonzalez-pagan@lambdalegal.org