UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Lambda Legal Defense and Education Fund

Plaintiff(s),

19 Civ. 4707 (PKC)

- against -

United States Dept of HHS

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).
-----------------------------------------------------------x

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following

is ORDERED:

1. The Court was briefed on the rolling production review and production process outlined in plaintiff's letter of September 16, 2019.

2. The parties shall report to the Court no later than December 22, 2019 and every 90 days thereafter. If there is a material deficiency in the review and production process, plaintiff may bring it to the Court's attention after prior consultation with counsel for defendants.

~~The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.~~

SO ORDERED.

_/s/ P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, New York
9-23-19